PHILLIP A. TALBERT
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

FILED
NOV 02 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0201 TLN |
| Plaintiff, | VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| v. | |
| DERRICK WALKER, | |
| Defendant. | |

# INDICTMENT

The Grand Jury charges: T H A T

DERRICK WALKER,

defendant herein, on or about February 28, 2017, in the County of San Joaquin, State and Eastern District of California, having been convicted of a crime punishable by a term of imprisonment exceeding one year, that is:

(1) Transport and sell narcotics in violation of California Health and Safety Code Section 11352(A), on or about June 10, 2008, in Alameda County, California;

(2) Carjacking in violation of California Penal Code Section 215(A), on or about October 8, 2010, in Alameda County, California; and

(3) Second degree robbery in violation of California Penal Code Section 211, on or about June 4, 2013, in Alameda County, California;

did knowingly possess a firearm, specifically: a Glock Model 27, .40 caliber handgun, serial number EBY688, in and affecting commerce, in that said firearm had previously been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

FORFEITURE ALLEGATION: [18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture]

1. Upon conviction of the offense alleged in this Indictment, defendant DERRICK WALKER shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense.

2. If any property subject to forfeiture, as a result of the offense alleged in this Indictment, for which Defendant is convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), as incorporated by Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA
------
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

INDICTMENT      2

## United States v. Derrick Walker
### Penalties for Indictment

VIOLATION:        18 U.S.C. § 922(g)(1) - Felon in possession of a firearm

PENALTIES:        Not more than 10 years,
                  Not more than $250,000 fine or both
                  Supervised release of up to 3 years

**SPECIAL ASSESSMENT:** $100 mandatory

**FORFEITURE ALLEGATION:**

VIOLATION:        18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES:        As stated in the charging document

No. _ _ _ _ _ _ _ _ _ _

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

### THE UNITED STATES OF AMERICA
*vs.*

### DERRICK WALKER

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*     **/s/ Signature on file w/AUSA**

_____
*Foreman.*

*Filed in open court this* __2__ *day of* November , A.D. 20 17

_____
*Clerk.*

*Bail, $* _____  **NO BAIL WARRANT** — bail to be determined at the IA

GPO 863 525