HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
DERRICK WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17:CR-00201-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE ) STATUS CONFERENCE |
| vs. | ) Date: April 26, 2018 |
| DERRICK WALKER, | ) Time: 9:30 a.m. ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Jill Thomas, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Derrick Walker that the status conference, currently scheduled for April 26, 2018, be continued to October 18, 2018 at 9:30 a.m.

The reasons for this continuance defense counsel is going on maternity leave within the next two weeks and will be out until the fall. Mr. Walker has made the decision to keep Ms. Crager as his attorney and so the delay in this case caused by her leave is necessary for continuity of counsel. In addition, more discovery was recently disclosed and defense counsel needs time to review it and conduct an investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including October 18, 2018; pursuant to 18 U.S.C.

Stipulation to Continue Status Conference -1-

| | |
|---|---|
| 1 | §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 |
| 2 | based upon continuity of counsel and defense preparation. |
| 3 | Counsel and the defendant also agree that the ends of justice served by the Court granting |
| 4 | this continuance outweigh the best interests of the public and the defendant in a speedy trial. |

Respectfully submitted,

Dated: April 24, 2018

HEATHER E. WILLIAMS
Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
DERRICK WALKER

Dated: April 24, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Jill Thomas
JILL THOMAS
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including April 26, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the April 26, 2018 status conference shall be continued until October 18, 2018, at 9:30 a.m.

Dated: April 24, 2018

Troy L. Nunley
United States District Judge