HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
DERRICK WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:17:CR-00201-TLN |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | ) Date: October 18, 2018 |
| DERRICK WALKER, | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Derrick Walker that the status conference, currently scheduled for October 18, 2018, be continued to November 1, 2018 at 9:30 a.m.

The reasons for this continuance are that the defense has requested further discovery in regards to search and seizure and will need time to review that discovery once disclosed. The defense also requires more time to continue investigation into other facts pertaining to search and seizure.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including November 1, 2018; pursuant to 18 U.S.C.

Stipulation to Continue Status Conference -1-

| | |
|---|---|
| 1 | §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 |
| 2 | based upon continuity of counsel and defense preparation. |
| 3 | Counsel and the defendant also agree that the ends of justice served by the Court granting |
| 4 | this continuance outweigh the best interests of the public and the defendant in a speedy trial. |

Respectfully submitted,

Dated: October 15, 2018        HEATHER E. WILLIAMS
                                    Federal Defender

/s/ *Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for Defendant
DERRICK WALKER

Dated: October 15, 2018

McGREGOR W. SCOTT
United States Attorney

/s/ Jason Hitt
JASON HITT
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including November 1, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the October 18, 2018 status conference shall be continued until November 1, 2018, at 9:30 a.m.

Dated: October 16, 2018

HON. TROY L. NUNLEY
United States District Court Judge