| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| 2 | Federal Defender |
|   | MIA CRAGER, #300172 |
| 3 | Assistant Federal Defender |
|   | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
|   | Tel: 916-498-5700/Fax 916-498-5710 |
| 5 | Mia_Crager@fd.org |

Attorney for Defendant
DERRICK WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:17:CR-00201-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE |
| vs. | ) | |
| | ) | Date: November 15, 2018 |
| DERRICK WALKER, | ) | Time: 9:30 a.m. |
| | ) | Judge: Hon. Troy L. Nunley |
| Defendant. | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Derrick Walker, that the status conference, currently scheduled for November 15, 2018, be continued to December 13, 2018 at 9:30 a.m.

The reason for this continuance is that the government intends to disclose further discovery this week and the defense will need time to review it.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including December 13, 2018; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

Stipulation to Continue Status Conference                -1-

this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated: November 7, 2018     HEATHER E. WILLIAMS
                            Federal Defender

                            /s/ *Mia Crager*
                            MIA CRAGER
                            Assistant Federal Defender
                            Attorney for Defendant
                            DERRICK WALKER

Dated: November 7, 2018

                            McGREGOR W. SCOTT
                            United States Attorney

                            /s/ Jason Hitt
                            JASON HITT
                            Assistant U.S. Attorney
                            Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 13, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 15, 2018 status conference shall be continued until December 13, 2018, at 9:30 a.m.

Dated: November 7, 2018  _____
HON. TROY L. NUNLEY
United States District Court Judge