HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
DERRICK WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17:CR-00201-TLN |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Date: December 13, 2018 |
| DERRICK WALKER, | Time: 9:30 a.m. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Derrick Walker, that the status conference, currently scheduled for December 13, 2018, be continued to February 21, 2019 at 9:30 a.m.

The reason for the continuance is that the defense recently received further discovery in this case. Defense counsel needs time to examine the discovery and review it with her client.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 21, 2019; pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting

Stipulation to Continue Status Conference     -1-

| | |
|---|---|
| 1 | this continuance outweigh the best interests of the public and the defendant in a speedy trial. |
| 2 | Respectfully submitted, |
| 3 | Dated: December 6, 2018 HEATHER E. WILLIAMS<br>Federal Defender |
| 4 | |
| 5 | /s/ *Mia Crager*<br>MIA CRAGER |
| 6 | Assistant Federal Defender<br>Attorney for Defendant |
| 7 | DERRICK WALKER |
| 8 | Dated: December 6, 2018 |
| 9 | McGREGOR W. SCOTT<br>United States Attorney |
| 10 | /s/ Jason Hitt<br>JASON HITT |
| 11 | Assistant U.S. Attorney<br>Attorney for Plaintiff |

## **ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including December 13, 2018, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the December 13, 2018 status conference shall be continued until February 21, 2019, at 9:30 a.m.

Dated: December 6, 2018

_____
Troy L. Nunley
United States District Judge