1  McGREGOR W. SCOTT
   United States Attorney
2  JASON HITT
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  Attorneys for Plaintiff
   United States of America
7

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-0201 TLN |
|---|---|
| Plaintiff, | AMENDED STIPULATION MOVING HEARING ON DISCOVERY MOTION AND [~~PROPOSED~~] ORDER |
| v. | |
| DERRICK WALKER, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant filed a motion seeking discovery and noticed a hearing for May 10, 2019;

2. Government counsel has not had sufficient time to prepare a response to defendant's discovery motion and thus needs additional time to prepare that response;

3. The parties have also opened preliminary discussions about a potential resolution to the criminal case against Mr. Walker;

///
///
///
///

AMENDED STIPULATION MOVING HEARING
ON DISCOVERY MOTION

1

4. By this stipulation, the parties jointly request that a hearing on defendant's discovery motion be moved from May 10, 2019, to May 20, 2019.

IT IS SO STIPULATED.

Dated: May 10, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ *Jason Hitt*
JASON HITT
Assistant United States Attorney

Dated: May 10, 2019

/s/ *Mia Crager*
Mia Crager
Assistant Federal Defender
Counsel for Defendant
Derrick Walker
Authorized to sign for Ms. Crager on 5-10-19

## [~~PROPOSED~~] FINDINGS AND ORDER

The hearing the discovery motion filed by defendant Derrick Walker is moved from the duty magistrate calendar from May 10, 2019, to May 20, 2019.

IT IS SO ORDERED.

DATED: May 10, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE