HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
DERRICK WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:17-CR-00201-TLN |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER MOVING HEARING ON DISCOVERY MOTION |
| vs. | |
| DERRICK WALKER, | |
| Defendant. | |

STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant filed a motion seeking discovery and a Motion to Compel Hearing has been set for May 20, 2019.

2. Defense Counsel needs additional time to prepare.

3. The parties have also opened preliminary discussions about a potential resolution to the criminal case against Mr. Walker.

///

///

///

4. By this stipulation, the parties jointly request that a hearing on defendant's discovery motion be moved from May 20, to May 29, 2019.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: May 16, 2019
HEATHER E. WILLIAMS
Federal Defender

*/s/ Mia Crager*
MIA CRAGER
Assistant Federal Defender
Attorney for DERRICK WALKER

Dated: May 16, 2019
McGREGOR W. SCOTT
United States Attorney
*/s/ Jason Hitt*
JASON HITT
Assistant United States Attorney

## ~~PROPOSED~~ ORDER

The hearing for the discovery motion filed by Defendant Derrick Walker is moved from the duty magistrate judge calendar from May 20, 2019, to May 29, 2019.

IT IS SO ORDERED.

DATED: May 16, 2019

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE