HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
DERRICK WALKER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17:CR-00201-TLN |
| Plaintiff, | STIPULATION AND ORDER TO VACATE STATUS CONFERENCE AND SET MOTION SCHEDULE |
| vs. | |
| DERRICK WALKER, | Date: June 13, 2019 |
| Defendant. | Time: 9:30 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Assistant United States Attorney Jason Hitt, attorney for Plaintiff and Federal Defender Heather E. Williams through Assistant Federal Defender Mia Crager, attorney for Derrick Walker, that the status conference, currently scheduled for June 13, 2019 be vacated.

The magistrate judge issued an order denying defendant's motion to compel (Docket no. 37). The Parites stipulate as follows: a motion to reconsider shall be filed by July 25; opposition shall be filed by August 8; reply shall be filed by August 22; hearing on motion for reconsideration before Hon. Troy L. Nunley on August 29, 2019.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including August 29, 2019; pursuant to 18 U.S.C. §3161(h)(7)(A)and (B)(iv) [reasonable time to prepare], (h)(1)(D) [pending motion] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation to Vacate Status Conference         -1-

| | |
|---|---|
| 1 | Counsel and the defendant also agree that the ends of justice served by the Court granting |
| 2 | to vacate status conferene outweigh the best interests of the public and the defendant in a speedy |
| 3 | trial. |

Respectfully submitted,

Dated: June 11, 2019                HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ *Mia Crager*
                                    MIA CRAGER
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DERRICK WALKER

Dated: June 11, 2019
                                    McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Jason Hitt
                                    JASON HITT
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant to vacate status conference in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting to vacate status conference and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including August 29, 2019, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare], (h)(1)(D) [pending motion] and General Order 479, (Local Code T4).

Dated: June 11, 2019

Troy L. Nunley
United States District Judge