McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  2:17-CR-0201 TLN |
|---|---|
| Plaintiff, | UNITED STATES'S SENTENCING MEMORANDUM |
| v. | |
| DERRICK WALKER, | |
| Defendant. | |

The United States, by and through Assistant United States Attorney Jason Hitt, respectfully submits this sentencing memorandum for defendant Derrick Walker ("defendant").

The United States has no objection to the statement of material facts or sentencing classifications set forth in the PSR, dated October 10, 2019.

Consistent with the government's plea agreement, the United States respectfully recommends a sentence of 46 months in prison.  This sentence is sufficient but not greater than necessary to achieve the sentencing goals of 18 U.S.C. § 3553(a).

On the issue of the reason for defendant possessing the gun in this case, the government writes to point out that forensic evidence from a cell phone seized from the residence where defendant was located on February 28, 2017, included evidence suggesting that the defendant was attempting to sell the firearm to a person known as "DBoy."  PSR ¶ 8.  Defendant argues in his sentencing memorandum that he possessed the firearm for protection against another man.  The cell phone evidence suggests

1

otherwise or, at least, that he had more than one reason to be in possession of the firearm in this case. In the end, the defendant's motive for possessing the gun does not change his Guidelines range and should not be a major factor in deciding his ultimate sentence. Here, defendant's criminal history and the type of crime he committed support a sentence of 46 months in prison.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Dated:   November 18, 2019                    /s/*Jason Hitt*
                                              JASON HITT
                                              Assistant U.S. Attorney

2